**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2131**

KEFA SENT HOTEP BEY,

                    Plaintiff - Appellant,

          v.

OFFICER PICTRUS K.; OFFICER M. T. RETORT; OFFICER C. E.
TALTON, JR.; OFFICER B. D. BLANTON; CHIEF OF POLICE RODNEY
MONROE; MAYOR ANTHONY FOXX,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Max O. Cogburn, Jr.,
District Judge.  (3:12-cv-00085-MOC-DCK)

Submitted: November 20, 2012      Decided: November 26, 2012

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

Dismissed by unpublished per curiam opinion.

Kefa Sent Hotep Bey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kefa Sent Hotep Bey seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint as frivolous. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on August 13, 2012. The notice of appeal was filed on September 13, 2012. Because Bey failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2